# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CR3082 |
| v. | ) | |
| LUIS CEJA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Defendant's Motion to Continue Sentencing Hearing (filing no. 56) is denied.

DATED this 16th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge